UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD DWAIN WHITE,<br><br>        Plaintiff,<br><br>    v.<br><br>D. JESUS, et al.,<br><br>        Defendants. | Case No. 23-cv-02328-RS (PR)<br><br>**ORDER OF DISMISSAL** |

    Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. (Dkt. No. 4.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. <u>Any motion to reopen must have the words MOTION TO REOPEN written on the first page</u>. The Clerk shall enter judgment in favor of defendants, and close the file.

    **IT IS SO ORDERED.**

**Dated:** August 22, 2023

_____
RICHARD SEEBORG
Chief United States District Judge