UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD DWAIN WHITE,<br><br>    Plaintiff,<br><br>  v.<br><br>D. JESUS, et al.,<br><br>    Defendants. | Case No. 23-cv-02328-RS (PR)<br><br>**ORDER REOPENING ACTION;**<br><br>**ORDER DIRECTING PLAINTIFF TO PAY THE FILING FEE OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS** |

    This federal civil rights action was dismissed because mail sent by the Court to plaintiff was returned as undeliverable. (Dkt. No. 7.) Now that the Court has plaintiff's current address, the action is REOPENED. The Clerk shall modify the docket to reflect this. The judgment and the order of dismissal are VACATED.

    On or before **October 30, 2023**, plaintiff must either (i) submit to the Clerk of the Court full payment for the $402.00 filing fee, or (ii) file an application to proceed *in forma pauperis* (IFP). The IFP form will be sent to him. Failure to submit full payment or file a complete IFP application by October 30, 2023 will result in the dismissal of this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: September 15, 2023

                                        RICHARD SEEBORG<br>
                                Chief United States District Judge