UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGINALD DWAIN WHITE,
    Plaintiff,

v.

D. JESUS, et al.,
    Defendants.

Case No. 23-cv-02328-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Court's order to either pay the full filing fee or file an application to proceed *in forma pauperis* (IFP). Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any motion to reopen must have the words MOTION TO REOPEN written on the first page. The motion must also be accompanied by full payment for the $402.00 filing fee or a complete application to proceed IFP. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** November ___, 2023

                                                _____
                                                RICHARD SEEBORG
                                          Chief United States District Judge